UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
DAVID DIAZ and                                          CASE NO. 17-14431-LMI
MIUDIS DIAZ                                             CHAPTER 13
    Debtor(s)
_____/

### JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel, pursuant to applicable Federal Rules of Bankruptcy Procedure and Local Rule 2091-1, jointly request an Order approving the substitution of counsel and the removal of Michael Borell as attorney of record for the Debtors David Diaz and Miudis Diaz.

I HEREBY CERTIFY that the Debtors David Diaz and Miudis Diaz have consented to the above mentioned substitution. The undersigned attorneys are also in agreement of such substitution and are unaware of any objections to the substitution by any party and request the ex-parte entry of the proposed Agreed Order Substituting Counsel. All future correspondence, pleadings, notices, and other Court filings as well as any fees remaining to be paid through the plan should be directed only to: Alberto Carrero, Esq.

| Substituting Attorney: | Substituted Attorney: |
|---|---|
| Alberto Carrero, Esq. | Michael Borell, Esq. |
| 169 E Flagler Street, #1530 | 7200 Corporate Center Dr., #312 |
| Miami, FL 33131 | Miami, FL 33126 |
| Telephone: 786-406-1764 | Telephone: 786-360-6733 |
| Email: albertocarrero@gmail.com | Email: Jorge@michaelborellpa.com |
| | |
| By:   /s/ Alberto Carrero | By:  /s/  Michael Borell |
|     Alberto Carrero, Esq. |     Michael Borell, Esq. |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the this Stipulation for Substitution of Counsel has been sent via ECF to Nancy Neidich, Trustee and all others set forth in the NEF and to Michael Borell, 7200 Corporate Center Dr., #312, Miami, FL 33126 and to David and Miudis Diaz, 8898 NW 182nd Street, Miami Lakes, FL 33018 on this 26th day of May 2017.

Respectfully Submitted,

 /s/ Alberto Carrero
Alberto Carrero, Esquire
169 E Flagler Street, #1530
Miami, FL 33131
Telephone: 786-406-1764
albertocarrero@gmail.com